UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| EDWARD LANDRY | § | C.A. NO. 3:21-cv-00224 |
| | § | |
| VS. | § | |
| | § | |
| SHELL OIL COMPANY, ET AL | § | |

## STIPULATION OF PARTIAL DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff dismisses from this cause of action Defendant SHELL OIL COMPANY, only, without prejudice, each party to bear its own costs, which Stipulation is approved by all parties who have appeared herein.

Respectfully submitted,

*/s/ Marc Evan Kutner*
Marc Evan Kutner
SBN 11770575 / Federal ID 6238
mkutner@spaglaw.com
SPAGNOLETTI LAW FIRM
401 Louisiana Street, 8th Floor
Houston, Texas 77002
T. (713) 653 5600

ATTORNEY FOR PLAINTIFF

*/s/ Megan L. Reinkemeyer*
Megan L. Reinkemeyer
Texas Bar No. 24094209, SDTX ID No. 752247
KEAN MILLER LLP
711 Louisiana Street, Ste. 1800 South Tower
Houston, TX 77002
Telephone: (713) 844-3000
megan.reinkemeyer@keanmiller.com

ATTORNEY FOR SHELL OIL COMPANY

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that service of the foregoing was on this 4th day of August, 2022, automatically accomplished on all counsel of record through CM/ECF Notice of Electronic Filing, in accordance with the Federal Rules of Civil Procedure.

                                          */s/ Marc Evan Kutner*
                                          Marc Evan Kutner