# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| EDWARD LANDRY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.: 3:21-CV-00224 |
| | § | |
| SHELL OIL COMPANY, et al | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendants Helmerich & Payne Offshore, LLC ("H&P Offshore"), Helmerich & Payne Inc. ("H&P Inc.," and together with H&P Offshore, "H&P"), and Plaintiff Edward Landry's (collectively with H&P, the "Parties") Agreed Motion for Rule 54(b) Designation and Entry of Final Judgment ("Agreed Motion"). After considering the Agreed Motion, the arguments of counsel, and the entire file in this case, the Court is of the opinion that the Motion is with merit and should be GRANTED.

It is therefore ORDERED that there be a Fed. R. Civ. P. 54(b) judgment in favor of H&P, and that any and all claims asserted by Plaintiff in this action against H&P be and are hereby **DISMISSED WITH PREJUDICE**. The Court's May 4, 2022 Partial and Conditional Dismissal Order as to Helmerich & Payne Defendants (ECF No. 44) dismisses all claims against H&P with prejudice, and their interests, therefore, have been adjudicated to finality.

SIGNED on Galveston Island this ____ day of _____, 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE